IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NAJIY-ULLAH 'AZIYZ,

    Plaintiff,

v.

                                                          Case No.  20-cv-896-wmc

CAMECA, INC, STEVEN TURNBULL,
ANNIE STROUD and
FABRICE LeDUIGOU,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | August 6, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |