## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN
## _____ DIVISION

| | | |
|---|---|---|
| Najiy-Ullah 'Aziyz, | ) | |
|     Plaintiff, | ) | No.: 20-cv896-wmc |
| V. | ) | |
| | ) | |
| Cameca, a Wisconsin Profit Corporation; Steven Turnbull, Individually and in his Capacity as a Manager; Annie Stroud, Individually and in her Capacity as a Manager; and Fabrice LeDuigou, Individually and in his capacity as Manager, | ) ) ) ) ) ) | |
|     Defendants. | ) | |

**Notice of Appeal**

    Notice is hereby given that Najiy-Ullah Aziyz, Plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on 6th day of August, 2021, and request that the appeal be heard on the full record from the court below.

    Respectfully submitted this 23rd day of August, 2021

*Najiy-Ullah 'Aziyz*
_____

Najiy-Ullah 'Aziyz, Pro Se

22 Pinewood Dr.

Glenville, NY 12302

(470) 334-3221

Najiy03@icloud.com